UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| MARLIN McCROSKEY and RODNEY LACEY, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) Docket No. |
| BURLINGTON COAT FACTORY WAREHOUSE CORPORATION, | ) ) ) ) ) ) |
| Defendant. | ) |

## NOTICE OF REMOVAL

Comes now Defendant, Burlington Coat Factory Warehouse Corporation, by and through counsel, and hereby files this Notice of Removal of this action from the Circuit Court of Hamilton County, Tennessee, to the United States District Court for the Eastern District of Tennessee at Chattanooga, pursuant to 28 U.S.C. §§1332, 1441, and 1446, stating as follows:

1. The above-named Plaintiffs filed a Complaint in the Circuit Court for Hamilton County, Tennessee, on or about November 9, 2023, bearing Docket No. 23C1166.

2. Defendant Burlington Coat Factory Warehouse Corporation was served with this Complaint on November 20, 2023.

3. A copy of all the process, pleadings, and orders which have been received by Defendant are attached hereto as collective **Exhibit A**.

1

4. Plaintiffs assert in Paragraph 1 of the Complaint that at the time of the commencement of this action they were residents of Cleveland, Bradley County, Tennessee.

5. Defendant Burlington Coat Factory Warehouse Corporation, at the time of the commencement of this action and as of the date of the filing of this Notice, is a corporation formed under the laws of the State of Florida with its principal place of business in New Jersey. This Defendant's Filing Information with the Tennessee Secretary of State's office is attached hereto as **Exhibit B**. This Defendant files this Notice within thirty (30) days of service of the summons and complaint pursuant to 28 U.S.C. §1446(b).

6. This action is a civil action arising out of an alleged incident that Plaintiffs claim occurred in Hamilton County, Tennessee.

7. Based upon the claims of Plaintiffs in the Complaint, including that Plaintiffs have sought damages in the amount of $300,000, and the amount in controversy is expected to exceed $75,000 exclusive of interests and costs, by virtue of the nature of the claims and the provisions set forth in 28 U.S.C. §1446(c)(2) *et seq.*, authority is provided for the filing of this Notice. Further, complete diversity of citizenship between Plaintiffs and Defendant exists and existed since the filing of the cause of action. This matter is therefore within the jurisdiction of this Court pursuant to the provisions of 28 U.S.C. §1332 and is removable to this Court pursuant to the provisions of 28 U.S.C. §1441.

8. A copy of this Notice will be filed with the Clerk of the Court of Hamilton County, Tennessee, as required by 28 U.S.C. §1446(d).

Respectfully submitted,

**LEITNER, WILLIAMS, DOOLEY & NAPOLITAN, PLLC**

By: s/Mickala J. Lewis
    Mickala J. Lewis, No. 041004
    Tallan Building
    200 W. ML King Blvd., Suite 500
    Chattanooga, TN 37402
    Email: mickala.lewis@leitnerfirm.com
    Phone: (423)424-3947
    *Attorneys for Defendant Burlington Coat Factory Warehouse Corporation*

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been forwarded, via the court's e-filing system, email, and/or U.S. mail to:

H. Franklin Chancey
Chancey ~ Kanavos
P.O. Box 42
Cleveland, TN 37364-0042
(423) 479-9186
franklin@cklplaw.com

This the 20th day of December 2023.

    s/Mickala J. Lewis

    Mickala J. Lewis


Case 1:23-cv-00304-TAV-CHS   Document 1   Filed 12/20/23   Page 3 of 3   PageID #: 3